**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

SHIPYARD SERVICE LLC

CIVIL ACTION NO. 17-6366

**versus**

SECTION: "I"(5)

MITSUI SUMITOMO INSURANCE USA,
INC.

<u>ORDER OF DISMISSAL</u>

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, within a reasonable time, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, <u>EVERY</u> <u>WITNESS</u> MUST be notified by counsel not to appear.**

New Orleans, Louisiana, this 8th day of August, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE